Nos. 429 and 430. ABRAHAM & STRAUS, INC. *v.* ART METAL WORKS, INC. December 11, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Holland S. Duell* for petitioner. *Messrs. Kenneth S. Neal* and *Joseph Lorenz* for respondent.

No. 449. NEW YORK LIFE INSURANCE CO. *v.* GAMER, EXECUTRIX. December 11, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Charles R. Leonard* and *J. A. Poore* for petitioner. *Mr. William Meyer* for respondent.

No. 487. WINCHESTER MANUFACTURING CO. *v.* UNITED STATES. December 18, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Claude E. Koss* and *Oscar P. Mast* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Mr. Sewall Key* for the United States.

No. 515. KANSAS CITY SOUTHERN RY. CO. ET AL. *v.* CITY OF SHREVEPORT. December 18, 1939. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Messrs. Frank H. Moore, C. Huffman Lewis, W. Scott Wilkinson, A. B. Freyer,* and *James B. McDonough, Jr.,* for petitioners. No appearance for respondent.

No. 540. CARROLL, EXECUTOR, ET AL. *v.* NEW YORK LIFE INSURANCE CO. December 18, 1939. Petition for